**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEBORAH TAMBURRI,                                       No. C-11-2899 EMC

        Plaintiff,

        v.                                       **ORDER REMOVING DOCKET NO. 13**
**FROM ELECTRONIC FILING**

SUNTRUST MORTGAGE, INC., *et al.*,

        Defendants.
_____/

    This Court orders the removal of Docket No. 13.  A Corrected Order shall be filed forthwith.

    IT IS SO ORDERED.

Dated:  June 15, 2011

_____
EDWARD M. CHEN
United States District Judge