

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH TAMBURRI,<br><br>Plaintiff,<br><br>v.<br><br>SUNTRUST MORTGAGE, INC., WELLS<br>FARGO BANK, N.A., US BANK,<br>NATIONAL ASSOCIATION, MORTGAGE<br>ELECTRONIC REGISTRATION SYSTEMS,<br>INC. and RECONTRUST COMPANY, N.A.,<br><br>Defendants. | Case No: CV11-2899 ~~JCS~~<br><br>[~~PROPOSED~~]<br>ORDER TO SHOW CAUSE AND<br>TEMPORARY RESTRAINING ORDER |

**ORDER TO SHOW CAUSE**

To Defendants Suntrust Mortgage, Inc., Wells Fargo Bank, N.A., U.S. Bank, N.A., Mortgage Electronic Registration Systems, Inc. and Recontrust Company, N.A.:

Based upon the verified complaint filed in this action, the Application of Plaintiff Deborah Tamburri, and the Declaration of Deborah Tamburri, you are ordered to appear on

DATE: _June 28, 2011_, at TIME: _1:00 pm_
in ~~Department~~ Courtroom _5_ of this Court located at _17th Floor_,

to show cause why a preliminary injunction should not be ordered restraining and enjoining you and your officers, directors, employees, agents, and any other persons acting with you or in your behalf from selling the real property commonly known as 2968 Sombrero Circle, San Ramon, CA 94583.

## TEMPORARY RESTRAINING ORDER

Pending hearing on the Order to Show Cause, you and your officers, directors, employees, agents and any other persons acting with you or in your behalf are restrained and enjoined from advertising, holding, conducting or participating in any Sale of the real property commonly known as 2968 Sombrero Circle, San Ramon, CA 94583.

## IT IS FURTHER ORDERED THAT:

This temporary restraining order is effective ~~upon the filing by plaintiff of~~ an *immediately. Within 24 hours plaintiff shall post* undertaking in the sum of $ 2000 .

~~This temporary restraining order does not require the filing of an undertaking.~~

This Order to Show Cause and Temporary Restraining Order shall be served on defendant no later than  6/15/11  by personal service/facsimile transmission/overnight mail/ *electronically* Proof of such service shall be filed ~~at least~~ *by* 6/17/11 ~~court days prior to the hearing.~~

Any opposition papers to the Order to Show Cause shall be filed and served on plaintiff by personal service/facsimile transmission/overnight mail/no later than *electronically* Noon 6/20 ~~court~~ *with chambers copies delivered immediately*

Any reply papers to the opposition shall be filed and seved on defendant by personal service/facsimile transmission/overnight mail/no later than *electronically* *Noon 6/22/11 with chambers copies delivered immediately.* The restraining order granted herein shall expire on  6/2?/11  *unless* *Parties to comply with applicable Standing* *extended by the Court.* **SO ORDERED.** *Orders of this Court.*

Date: 6/14/11

~~Judge of the Superior Court:~~

U. S. District Judge
EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE