**AKERMAN SENTERFITT LLP**
DONALD M. SCOTTEN (SBN 190532)
Email: donald.scotten@akerman.com
BRYAN M. LEIFER (SBN 265837)
Email: bryan.leifer@akerman.com
725 South Figueroa Street, 38th Floor
Los Angeles, California 90017-5433
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

Attorneys for Defendants
SUNTRUST MORTGAGE, INC.;
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.;
and U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, for
STARM 2007-2 (Erroneously named herein as "U.S. Bank National Association")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH TAMBURRI,<br><br>    Plaintiff,<br><br>v.<br><br>SUNTRUST MORTGAGE, INC.; WELLS FARGO BANK, N.A.; U.S. BANK NATIONAL ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and RECONTRUST COMPANY, N.A.; and DOES 1-20;<br><br>    Defendants. | Case No. 3:11-CV-02899-EMC<br><br>Hon. Judge Edward M. Chen<br><br>**JOINT STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Hearing Date:<br>Date:  August 19, 2011<br>Time:  1:30 pm<br>Ctrm:  5 – 17th Floor<br><br>Proposed Hearing Date:<br><br>Date:  September 30, 2011<br>Time:  1:30 pm |

WHEREAS, a hearing is set on defendants' Motion to Dismiss Plaintiff's first amended complaint;

---

{LA094774;1}                 1                            JOINT STIPULATION
                                                                         CASE NO. 3:11-CV-02899-EMC

WHEREAS, on July 28, 2011, Defendant U.S. Bank National Association, As Trustee, for STARM 2007-2 filed its joinder to Defendants SunTrust Mortgage, Inc. and Mortgage Electronic Registration Systems' Motion to Dismiss.

NOW THEREFORE, the parties hereby stipulate and agree that the hearing date for defendants' Motion to Dismiss Plaintiff's first amended complaint should be continued to September 30, 2011, at 1:30 p.m.

Any opposition from Plaintiff to the Motion to Dismiss filed by Defendants should be filed no later than **September 7, 2011**.

Any reply by Defendants should be filed no later than **September 15, 2011**.

Dated: July 29, 2011              **AKERMAN SENTERFITT LLP**

By: _____
    Bryan Leifer
    Attorney for Defendants
    SUNTRUST MORTGAGE, INC.; MORTGAGE
    ELECTRONIC REGISTRATION SYSTEMS, INC.;
    and U.S. BANK NATIONAL ASSOCIATION, AS
    TRUSTEE, FOR STARM 2007-2

Dated: July 29, 2011              **THE GOODELL LAW FIRM**

By: _____
    Nelson Goodell
    Attorney for Plaintiff
    DEBORAH TAMBURRI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH TAMBURRI,<br><br>Plaintiff,<br><br>v.<br><br>SUNTRUST MORTGAGE, INC.; WELLS FARGO BANK, N.A.; U.S. BANK NATIONAL ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and RECONTRUST COMPANY, N.A.; and DOES 1-20;<br><br>Defendants. | Case No. 3:11-CV-02899-EMC<br><br>Hon. Judge Edward M. Chen<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Hearing Date:<br>Date:   August 19, 2011<br>Time:   1:30 pm<br>Ctrm:   5 – 17th Floor<br><br>Proposed Hearing Date:<br><br>Date:   September 30, 2011<br>Time:   1:30 pm |

**IT IS HEREBY ORDERED** that the hearing for plaintiff's motion for defendants' motion to dismiss Plaintiff's first amended complaint will be continued from August 19, 2011 to September 30, 2011, at 1:30 p.m. The briefing schedule should comply with the opposition and reply dates set forth in the joint stipulation of the parties. The CMC is reset from 9/23/11 to 9/30/11 at 1:30 pm. A joint CMC statement shall be filed by 9/23/11.

Dated: 7/29/11     By: _____
                        JUDGE EDWARD M. CHEN

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

{LA094774;1}         3         JOINT STIPULATION
                              CASE NO. 3:11-CV-02899-EMC