AKERMAN SENTERFITT LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

u

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH TAMBURRI, <br><br> Plaintiff, <br><br> v. <br><br> SUNTRUST MORTGAGE, INC.; WELLS FARGO BANK, N.A.; U.S. BANK NATIONAL ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and RECONTRUST COMPANY, N.A.; and DOES 1-20; <br><br> Defendants. | Case No. 3:11-CV-02899-EMC <br><br> Hon. Judge Edward M. Chen <br><br> **[PROPOSED] ORDER ON JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING DATE ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** <br><br> Hearing Date: <br> Date: September 28, 2011 <br> Time: 10:00 a.m. <br> Crtrm.: 5, 17th Floor <br><br> Proposed Hearing Date: <br> Date: ~~October 21, 2011~~ Oct. 28, 2011 at 1:30 p.m. <br> Time: ~~10:00 a.m.~~ <br> Crtrm.: 5, 17th Floor |

IT IS HEREBY ORDERED that the hearing for defendants' Motion to Dismiss plaintiff's First Amended Complaint and the Case Management Conference will be continued from September 28, 2011 to October ~~21, 2011, at 10:00 a.m.~~ 28, 2011 at 1:30 p.m.. A Joint Case Management Statement is due on October ~~14~~ 21, 2011.

Dated: 9/22/11   By: _____
JUDGE EDWARD M. CHEN

*IT IS SO ORDERED AS MODIFIED*
/s/ Judge Edward M. Chen

{20878373;1}
[PROPOSED] ORDER
1
CASE NO. 3:11-CV-02899-EMC