AKERMAN SENTERFITT LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

u

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH TAMBURRI,<br><br>Plaintiff,<br><br>v.<br><br>SUNTRUST MORTGAGE, INC.; WELLS FARGO BANK, N.A.; U.S. BANK NATIONAL ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and RECONTRUST COMPANY, N.A.; and DOES 1-20;<br><br>Defendants. | Case No. 3:11-CV-02899-EMC<br><br>Hon. Judge Edward M. Chen<br><br>[PROPOSED] ORDER ON JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING DATE ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT<br><br>Hearing Date:<br>Date: September 28, 2011<br>Time: 10:00 a.m.<br>Crtrm.: 5, 17th Floor<br><br>Proposed Hearing Date:<br>Date: ~~October 21, 2011~~ Oct. 28, 2011 at 1:30 p.m.<br>Time: ~~10:00 a.m.~~<br>Crtrm.: 5, 17th Floor |

IT IS HEREBY ORDERED that the hearing for defendants' Motion to Dismiss plaintiff's First Amended Complaint and the Case Management Conference will be continued from September 28, 2011 to October ~~21, 2011, at 10:00 a.m.~~ 28, 2011 at 1:30 p.m.. A Joint Case Management Statement is due on October ~~14~~ 21, 2011.

Dated: 9/22/11       By: _____
JUDGE EDWARD M. CHEN

[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]

{20878373;1}

1

[PROPOSED] ORDER                                              CASE NO. 3:11-CV-02899-EMC