UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH TAMBURRI, | Case No. 3:11-CV-02899-EMC |
| Plaintiff, | Honorable Edward M. Chen |
| vs. | [PROPOSED] ORDER SHORTENING TIME ON WELLS FARGO'S MOTION TO SET ASIDE DEFAULT |
| SUNTRUST MORTGAGE, INC.; WELLS FARGO BANK, N.A.; U.S. BANK NATIONAL ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS; and RECONTRUST COMPANY, N.A., Defendants, | First Amended Complaint Filed: June 10, 2011 |
| Defendants. | |

The stipulation of defendant Wells Fargo Bank, N.A. and plaintiff Deborah Tamburri for an order shortening time for hearing on the motion to set aside default (the "Motion") came before this Court. Having considered the stipulation, and noting sufficient notice given to plaintiff, good cause appearing, the stipulation is granted, as follows:

1. The Motion shall be filed and served no later than October 14, 2011, and will be set for hearing in the Court at 1:30 p.m. on October 28, 2011 in Department 5 of the above-entitled Court.

2. Any opposition to the Motion must be filed and served on or before October 21, 2011.

1  3. Any reply to any such opposition must be filed and served on or before October 25,
2  2011.
3  IT IS HEREBY ORDERED:
4
5  Dated: 10/17, 2011
6  HON. EDWARD M. CHEN
   UNITED STATES DISTRICT COURT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28