Nelson W. Goodell, Esq., SBN 264734
The Goodell Law Firm
1750 Montgomery Street, Suite 139
San Francisco, CA 94111
(415) 954-7151 (office)
(415) 954-7150 (fax)

Attorney for Plaintiff
Deborah Tamburri

Mark T. Flewlling, Esq., SBN 96465
ANGLIN, FLEWELLING, RASMUSSEN,
CAMPBELL & TRYTTEN LLP
199 S. Los Robles Avenue, Suite 600
Pasadena, CA 91101-2459

Attorneys for Defendant
Wells Fargo Bank, N.A.,
("Wells Fargo")

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DEBORAH TAMBURRI,<br><br>Plaintiff,<br><br>      v.<br><br>SUNTRUST MORTGAGE, INC.; WELLS FARGO BANK, N.A.; U.S. BANK NATIONAL ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; RECONTRUST COMPANY, N.A.; and DOES 1-20; | **Case No: CV11-02899 EMC**<br><br>**STIPULATION TO EXTEND TIME TO FILE OPPOSITION AND REPLY TO MOTION TO VACATE ENTRY OF DEFAULT**<br><br>Hearing Date: October 28, 2011<br>Time: 1:30 p.m.<br>Courtroom: 5 |

**TO THE HONORABLE COURT, DEFENDANT WELLS FARGO BANK, N.A., AND ITS COUNSEL OF RECORD:**

Plaintiff Deborah Tamburri ("Plaintiff") and defendant Wells Fargo Bank, N.A., ("Wells Fargo") through their respective counsel of record, hereby stipulate to extend the date for Plaintiff to file her Opposition  to Wells Fargo's Motion to Set Aside the Entry of Default up to and including October 24, 2011.   In return, Plaintiff has agreed to extend the date for Wells Fargo to file their Reply to the Plaintiff's Opposition up to and including October 26, 2011. Further, Plaintiff agrees to not object to the timing of Wells Fargo's filing of the Declarations of David Newman, Malinda Sinclair and Joseph Krause.

IT IS SO STIPULATED.

Dated:  October 19, 2011                      THE GOODELL LAW FIRM

                                              By:    /s/ Nelson W. Goodell
                                                     Nelson W. Goodell, Esq.
                                                     goodelllawfirm@gmail.com
                                              Attorneys for Plaintiff, Deborah Tamburri

Dated:  October 20, 2011                      ANGLIN, FLEWELLING, RASMUSSEN
                                              CAMPBELL & TRYTTEN LLP


                                              By:    /s/ Mark T. Flewelling
                                                     Mark T. Flewllnig, Esq.
                                                     mflewelling@afrct.com
                                                     AFRCT, LLP
                                              Attorneys for Defendant, Wells Fargo Bank, N.A.

1

## **ORDER**

2         IT IS HEREBY ORDERED that Plaintiff Deborah Tamburri has an extension of time to

3   October 24, 2011 to file her opposition to Wells Fargo Bank, N.A.'s motion to vacate the entry

4   of default, and Wells Fargo Bank, N.A. has an extension of time until October 26, 2011 to file

5   their reply brief to the plaintiff's opposition.

6

7         IT IS FURTHER ORDERED that Plaintiff may not object to the timing of Wells Fargo's

8   filing of the Declarations of David Newman, Malinda Sinclair and Joseph Krause.

9

10

11  Dated:     10/21/2011

12                                                                          CHEN

13  

14                                                         Judge Edward M. Chen

15

16

17

18

19

20

21

22

23

24

25

26

27

28