1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEBORAH TAMBURRI, | ) | Case No.:  3:11-cv-02899-EMC |
|  Plaintiff, | ) ) ) | [Assigned to the Hon. Edward M. Chen] |
| vs. | ) ) | **ORDER SUBSTITUTING COUNSEL FOR DEFENDANT WELLS FARGO BANK, N.A.** |
| SUNTRUST MORTGAGE, INC.; WELLS FARGO BANK, N.A.; U.S. BANK NATIONAL ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS; and RECONTRUST COMPANY, N.A. | ) ) ) ) ) ) | **(L.R. 11-5)** |
|  Defendants. | ) ) ) ) ) | |

Having reviewed the substitution of counsel submitted by defendant Wells Fargo Bank, N.A., and pursuant to Local Rule 11-5:

IT IS HEREBY ORDERED:

Bryan Leifer, Esq, bryan.leifer@akerman.com, of Akerman Senterfitt LLP, 725 South Figueroa Street, 38th Floor, Los Angeles, CA 90017-5438 is substituted in as counsel of

1  record for defendant Wells Fargo Bank, N.A. in place of Mark T. Flewelling of Anglin,

2  Flewelling, Rasmussen, Campbell & Trytten, LLP, 199 S. Los Robles Avenue, #600,

3  Pasadena, CA 91101-2459.

4  Dated:    11/28/11

5                                      By:_____
                                             EDMUND CHEN
6                                            DISTRICT JUDGE OF THE
                                             DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Judge Edward M. Chen

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the city of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On November 22, 2011, I served a copy of the following document(s):

**ORDER OF SUBSTITUTION OF COUNSEL FOR DEFENDANT WELLS FARGO BANK, N.A.**

on all interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

| *Counsel for Plaintiff:*<br><br>Nelson W. Goodell<br>1750 Montgomery Street, Suite 139<br>San Francisco, CA 94111<br>Tel: (415) 954-7151<br>Fax: (415) 954-7150<br>nelson@goodell@gmail.com | Donald Michael Scotten<br>Akerman Senterfitt LLP<br>725 South Figueroa Street, 38th Floor<br>Los Angeles, CA 90017-5438<br>Tel: (213) 688-9500<br>Fax: (213) 627-6342<br>Donald.scotten@akerman.com |
|---|---|
| Bryan M. Leifer<br>Akerman Senterfitt LLP<br>725 South Figueroa Street, 38th Floor<br>Los Angeles, CA 90017-5438<br>Tel: (213) 688-9500<br>Fax: (213) 627-6342<br>bryan.leifer@akerman.com | John Douglas Pingel<br>Reed Smith<br>101 2nd Street, Suite 1800<br>San Francisco, CA 94015<br>Tel: (415) 659-5683<br>Fax: (415) 391-8269<br>jpingel@reedsmith.com |

☐ **BY MAIL:** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U. S. Postal Service in Pasadena, California, in sealed envelopes with postage fully thereon.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on **November 22, 2011.**

| Carol Goodwin | /s/*Carol Goodwin* |
|---|---|
| (Print or Type Name) | (Signature of Declarant) |

95451/001124/00261289-1

1

Case No.: 3:11-cv-02899-EMC
CERTIFICATE OF SERVICE