**AKERMAN SENTERFITT LLP**
DONALD M. SCOTTEN (SBN 190532)
Email: donald.scotten@akerman.com
BRYAN M. LEIFER (SBN 265837)
Email: bryan.leifer@akerman.com
725 South Figueroa Street, 38th Floor
Los Angeles, California 90017-5433
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

Attorneys for Defendants
SUNTRUST MORTGAGE, INC., MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS, INC.;
U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, for
STARM 2007-2 (Erroneously named herein as "U.S. Bank National Association"), and
WELLS FARGO BANK. N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH TAMBURRI,<br><br>Plaintiff,<br><br>v.<br><br>SUNTRUST MORTGAGE, INC.; WELLS FARGO BANK, N.A.; U.S. BANK NATIONAL ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and RECONTRUST COMPANY, N.A.; and DOES 1-20;<br><br>Defendants. | Case No. 3:11-CV-02899-EMC<br><br>Hon. Judge Edward M. Chen<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** ; ORDER<br><br>Hearing Date:<br>Date:  December 16, 2011<br>Time:  10:00 a.m.<br>Crtrm.: 5, 17th Floor<br><br>Proposed Hearing Date:<br>Date:  February 3, 2012<br>Time:  10:00 a.m.<br>Crtrm.: 5, 17th Floor<br><br>Complaint Filed: April 13, 2011<br>First Amended Complaint Filed: June 10, 2011<br>Trial Date: None |

The parties hereby stipulate and agree that the hearing date for the Case Management Conference should be continued to February 3, 2012, at 10:00 a.m.

A joint CMC Statement shall be filed by January 27, 2011.

{22763794;1}

1
**JOINT STIPULATION & [PROPOSED] ORDER**    **CASE NO. 3:11-CV-02899-EMC**

Dated: December 12, 2011      **AKERMAN SENTERFITT LLP**

By: */s/ Bryan M. Leifer*
       Bryan M. Leifer
Attorneys for Defendants
SUNTRUST MORTGAGE, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR STARM 2007-2; WELLS FARGO BANK, N.A.

Dated: December 12, 2011      **THE GOODELL LAW FIRM**

By: */s/ Nelson Goodell*
       Nelson Goodell
Attorneys for Plaintiff,
DEBORAH TAMBURRI

{22763794;1}

2
**JOINT STIPULATION & [PROPOSED] ORDER**     **CASE NO. 3:11-CV-02899-EMC**

**AKERMAN SENTERFITT LLP**
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH TAMBURRI, | Case No. 3:11-CV-02899-EMC |
| Plaintiff, | Hon. Judge Edward M. Chen |
| v. | [~~PROP~~OSED] ORDER ON JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE |
| SUNTRUST MORTGAGE, INC.; WELLS FARGO BANK, N.A.; U.S. BANK NATIONAL ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and RECONTRUST COMPANY, N.A.; and DOES 1-20; | Hearing Date:<br>Date: December 16, 2011<br>Time: 10:00 a.m.<br>Crtrm.: 5, 17th Floor<br><br>Proposed Hearing Date:<br>Date: February 3, 2012<br>Time: ~~10:00 a.m.~~ 9:00 A.M.<br>Crtrm.: 5, 17th Floor |
| Defendants. | |

   IT IS HEREBY ORDERED that ~~the Case~~ Management Conference be continued from December 12, 2011 to February 3, 2012, at ~~10:00 a.m.~~ 9:00 a.m. A Joint Case Management Statement is due on January 27, 2012.

Dated: 12/13/11 _____    By: _____
                                      JUDGE EDWARD M. CHEN

*IT IS SO ORDERED*
*Judge Edward M. Chen*

{22763794;1}

JOINT STIPULATION & [PROPOSED] ORDER ... 02899-EMC