UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH TAMBURRI,<br><br>    Plaintiff,<br><br>v.<br><br>SUNTRUST MORTGAGE, INC.; WELLS FARGO BANK, N.A.; U.S. BANK NATIONAL ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and RECONTRUST COMPANY, N.A.; and DOES 1-20;<br><br>    Defendants. | Case No. 3:11-CV-02899-EMC<br><br>Hon. Judge Edward M. Chen<br><br>[PROPOSED] ORDER ON JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Hearing Date:<br>Date:    February 3, 2012<br>Time:    10:30 a.m.<br>Crtrm.:  5, 17th Floor<br><br>Proposed Hearing Date:<br>Date:    March 2, 2012<br>Time:    10:30 a.m.<br>Crtrm.:  5, 17th Floor |

IT IS HEREBY ORDERED that the Case Management Conference be continued from February 3, 2012 at 10:30 a.m. to March 2, 2012, 10:30 a.m. A Joint Case Management Statement is due on February 24, 2012.

Dated: 1/31/12

By: _____
JUDGE EDWARD M. CHEN

IT IS SO ORDERED
Judge Edward M. Chen

{23214021;1}

[PROPOSED] ORDER

CASE NO. 3:11-CV-02899-EMC