1  **AKERMAN SENTERFITT LLP**
   DONALD M. SCOTTEN (SBN 190532)
2  Email: donald.scotten@akerman.com
   BRYAN M. LEIFER (SBN 265837)
3  Email: bryan.leifer@akerman.com
   725 South Figueroa Street, 38th Floor
4  Los Angeles, California 90017-5433
   Telephone: (213) 688-9500
5  Facsimile:  (213) 627-6342

6  Attorneys for Defendants
   SUNTRUST MORTGAGE, INC., MORTGAGE
7  ELECTRONIC REGISTRATION SYSTEMS, INC.; U.S.
   BANK NATIONAL ASSOCIATION, AS TRUSTEE, for
8  STARM 2007-2 (Erroneously named herein as "U.S. Bank
   National Association"), and WELLS FARGO BANK. N.A.
9

10

11                      UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  DEBORAH TAMBURRI, | Case No. 3:11-CV-02899-EMC |
| 15           Plaintiff, | Hon. Judge Edward M. Chen |
| 16  v. | **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| 17  SUNTRUST MORTGAGE, INC.; WELLS FARGO BANK, N.A.; U.S. BANK NATIONAL ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and RECONTRUST COMPANY, N.A.; and DOES 1-20; | ORDER<br>Hearing Date:<br>Date:    April 6, 2012<br>Time:    10:30 a.m.<br>Crtrm.:  5, 17th Floor |
| | Proposed Hearing Date:<br>Date:    April 27, 2012<br>Time:    10:30 a.m.<br>Crtrm.:  5, 17th Floor |
| Defendants. | Complaint Filed: April 13, 2011<br>FAC Filed: June 10, 2011<br>SAC Filed: March 27, 2012 |

WHEREAS, on March 27, 2012 plaintiff filed a second amended complaint.

1   WHEREAS, because of Defendants are currently preparing to file a responsive pleading to the
2   second amended complaint, Defendants' counsel request that that the status conference be continued.
3   THEREFORE, the parties hereby stipulate and agree that the hearing date for the Case
4   Management Conference should be continued to April 27, 2012, at 10:30 a.m.
5   A joint CMC Statement shall be filed by April 20, 2012.

6   Dated:  March 30, 2012                           **AKERMAN SENTERFITT LLP**

By: */s/ Bryan M. Leifer*
           Bryan M. Leifer
Attorneys for Defendants
SUNTRUST MORTGAGE, INC., MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS, INC.;
U.S. BANK NATIONAL ASSOCIATION, AS
TRUSTEE, FOR STARM 2007-2; WELLS FARGO
BANK, N.A.


Dated:  March 30, 2012                           **THE GOODELL LAW FIRM**

By: */s/ Nelson Goodell*
           Nelson Goodell
Attorneys for Plaintiff,
DEBORAH TAMBURRI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH TAMBURRI,<br><br>    Plaintiff,<br><br>v.<br><br>SUNTRUST MORTGAGE, INC.; WELLS FARGO BANK, N.A.; U.S. BANK NATIONAL ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and RECONTRUST COMPANY, N.A.; and DOES 1-20;<br><br>    Defendants. | Case No. 3:11-CV-02899-EMC<br><br>Hon. Judge Edward M. Chen<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Hearing Date:<br>Date:    April 6, 2012<br>Time:   10:30 a.m.<br>Crtrm.:  5, 17th Floor<br><br>Proposed Hearing Date:<br>Date:    April 27, 2012<br>Time:   10:30 a.m.<br>Crtrm.:  5, 17th Floor |

IT IS HEREBY ORDERED that the Case Management Conference be continued from April 6, 2012 at 10:30 a.m. to April 27, 2012, 10:30 a.m. A Joint Case Management Statement is due on April 20, 2012.

Dated: 4/4/12                    By: _____
                                     JUDGE EDWARD M. CHEN

*IT IS SO ORDERED*
*Judge Edward M. Chen*

{24000561;1}                          3                              **CASE NO. 3:11-CV-02899-EMC**
                              **JOINT STIPULATION**