**AKERMAN SENTERFITT LLP**
DONALD M. SCOTTEN (SBN 190532)
Email:  donald.scotten@akerman.com
BRYAN M. LEIFER (SBN 265837)
Email: bryan.leifer@akerman.com
725 South Figueroa Street, 38th Floor
Los Angeles, California 90017-5433
Telephone: (213) 688-9500
Facsimile:  (213) 627-6342

Attorneys for Defendants
SUNTRUST MORTGAGE, INC., MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS, INC.; U.S.
BANK NATIONAL ASSOCIATION, AS TRUSTEE, for
STARM 2007-2 (Erroneously named herein as "U.S. Bank
National Association"), and WELLS FARGO BANK. N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH TAMBURRI,<br><br>            Plaintiff,<br><br>v.<br><br>SUNTRUST MORTGAGE, INC.; WELLS FARGO BANK, N.A.; U.S. BANK NATIONAL ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and RECONTRUST COMPANY, N.A.; and DOES 1-20;<br><br>            Defendants. | Case No. 3:11-CV-02899-EMC<br><br>Hon. Judge Edward M. Chen<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** ORDER<br><br>Hearing Date:<br>Date:    April 6, 2012<br>Time:    10:30 a.m.<br>Crtrm.: 5, 17th Floor<br><br>Proposed Hearing Date:<br>Date:    April 27, 2012<br>Time:    10:30 a.m.<br>Crtrm.: 5, 17th Floor<br><br>Complaint Filed: April 13, 2011<br>FAC Filed: June 10, 2011<br>SAC Filed: March 27, 2012 |

        WHEREAS, on March 27, 2012 plaintiff filed a second amended complaint.

1   WHEREAS, because of Defendants are currently preparing to file a responsive pleading to the

2   second amended complaint, Defendants' counsel request that that the status conference be continued.

3   THEREFORE, the parties hereby stipulate and agree that the hearing date for the Case

4   Management Conference should be continued to April 27, 2012, at 10:30 a.m.

5   A joint CMC Statement shall be filed by April 20, 2012.

6   Dated:  March 30, 2012                          **AKERMAN SENTERFITT LLP**

7

8                                                   By: _/s/ Bryan M. Leifer_____
                                                         Bryan M. Leifer
9                                                   Attorneys for Defendants
                                                    SUNTRUST MORTGAGE, INC., MORTGAGE
10                                                  ELECTRONIC REGISTRATION SYSTEMS, INC.;
                                                    U.S. BANK NATIONAL ASSOCIATION, AS
11                                                  TRUSTEE, FOR STARM 2007-2; WELLS FARGO
                                                    BANK, N.A.
12

13  Dated:  March 30, 2012                          **THE GOODELL LAW FIRM**

14

15                                                  By: _/s/ Nelson Goodell_____
                                                         Nelson Goodell
16                                                  Attorneys for Plaintiff,
                                                    DEBORAH TAMBURRI

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  DEBORAH TAMBURRI, | Case No. 3:11-CV-02899-EMC |
| 12         Plaintiff, | Hon. Judge Edward M. Chen |
| 13 | **[PROPOSED] ORDER ON JOINT** |
| 14  v. | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| 15  SUNTRUST MORTGAGE, INC.; WELLS | Hearing Date: |
| 16  FARGO BANK, N.A.; U.S. BANK NATIONAL ASSOCIATION; MORTGAGE ELECTRONIC | Date:    April 6, 2012 |
| 17  REGISTRATION SYSTEMS, INC. and RECONTRUST COMPANY, N.A.; and DOES | Time:    10:30 a.m. |
| 18  1-20; | Crtrm.:  5, 17th Floor |
| 19         Defendants. | Proposed Hearing Date: |
| | Date:    April 27, 2012 |
| | Time:    10:30 a.m. |
| | Crtrm.:  5, 17th Floor |

20
21

22        IT IS HEREBY ORDERED that the Case Management Conference be continued from April 6,

23  2012 at 10:30  a.m. to April 27, 2012, 10:30 a.m.  A Joint Case Management Statement is due on

24  April 20, 2012.

25  Dated: _____4/4/12_____          By:_____

26                                        JUDGE EDWARD

27

28

IT IS SO ORDERED

Judge Edward M. Chen