UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH TAMBURRI,<br><br>Plaintiff,<br><br>vs.<br><br>SUNTRUST MORTGAGE, INC.; WELLS FARGO BANK, N.A.; U.S. BACK NATIONAL ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; RECONTRUST COMPANY, N.A.; and DOES 1-20,<br><br>Defendants. | Case No. 3:11-CV-02899-EMC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DEFENDANT RECONTRUST COMPANY, N.A. TO FILE A RESPONSIVE PLEADING TO THE SECOND AMENDED COMPLAINT**<br><br>Judge: Hon. Edward M. Chen<br><br>Compl. Filed: June 10, 2010 |

The Stipulation for Defendant ReconTrust Company, N.A. to File a Responsive Pleading to the Second Amended Complaint having been read and considered, and good cause appearing,

IT IS SO ORDERED that:

(1) The Stipulation is GRANTED; and

(2) Plaintiff's Motion to Compel currently noticed for hearing on June 22, 2012 is removed from the calendar; and

(3) ReconTrust Company, N.A. shall file a responsive pleading to the Second Amended Complaint as set forth in Federal Rule of Civil Procedure by June 29, 2012.

Dated: 6/20 , 2012

_____
UNITED STATES DISTRICT JUDGE
Chen



US_ACTIVE-109702552.1

– 1–

[PROPOSED] ORDER GRANTING STIPULATION EXTENDING TIME FOR DEFENDANT BANK OF AMERICA, N.A. TO ANSWER THIRD AMENDED COMPLAINT