1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH TAMBURRI,<br><br>     Plaintiff,<br><br>vs.<br><br>SUNTRUST MORTGAGE, INC.; WELLS FARGO BANK, N.A.; U.S. BANK NATIONAL ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; RECONTRUST COMPANY, N.A.; and DOES 1-20,<br><br>     Defendants. | Case No. 3:11-CV-02899-EMC<br><br>[PROPOSED] ORDER GRANTING STIPULATION REGARDING DEADLINE FOR DEFENDANTS TO FILE ANSWERS TO PLAINTIFF' SECOND AMENDED COMPLAINT AND DISCOVERY<br><br>Judge:  Hon. Edward M. Chen<br><br>Second Amended Complaint Filed:<br><br>March 27, 2012 |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

{24519457;1}

– 1 –

The Stipulation of plaintiff Deborah Tamburri and the Defendants Suntrust Mortgage, Inc.; Wells Fargo Bank, N.A.; Mortgage Electronic Registration Systems, Inc.; and U.S. Bank, National Association, having been read and considered, and good cause appearing,

IT IS SO ORDERED that:

(1) The Stipulation is GRANTED; and

(2) Defendant ReconTrust Company, N.A. shall file an Answer to the Plaintiff's Second Amended Complaint, and provide its initial disclosures pursuant to Rule 26(a) by July 30, 2012; and

(3) Defendants Suntrust Mortgage, Inc.; Wells Fargo Bank, N.A.; Mortgage Electronic Registration Systems, Inc. and U.S. Bank, National Association shall file their Answers to the Plaintiff's Second Amended Complaint by August 16, 2012;

(4) If this case does not settle at the conclusion of mediation, which must be conducted on or prior to August 27, 2012, the Plaintiff and Defendants Suntrust Mortgage, Inc., Wells Fargo Bank, N.A.; Mortgage Electronic Registration Systems, Inc., and U.S. Bank, National Association may engage in discovery pursuant to the Federal Rules of Civil Procedure, and the Court's previous order limiting discovery will no longer remain in effect;

(5) Nothing in the Stipulation or this Order should be construed as a waiver of plaintiff filing a third amended complaint (as allowed by the Federal Rules of Civil Procedure), or a waiver of any right by either party.

Dated: _____July 20_____, 2012

_____
UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED
Judge Edward M. Chen