NELSON W. GOODELL, ESQ., SBN 264734
The Goodell Law Firm
5 Third Street, Suite 1100
San Francisco, CA 94103
Tel. No. (415) 495-3950 (office)
Fax No. (415) 495-6900 (fax)

Attorney for Plaintiff
DEBORAH TAMBURRI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH TAMBURRI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SUNTRUST MORTGAGE, INC.; WELLS FARGO BANK, N.A.; U.S. BANK NATIONAL ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and RECONTRUST COMPANY, N.A.; and DOES 1-20;<br><br>　　　　Defendants. | Case No. 3:11-CV-02899-EMC<br><br>Hon. Judge Edward M. Chen<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Hearing Date:<br>Date:　February 7, 2013<br>Time:　10:30 a.m.<br>Crtrm.:　5, 17th Floor<br><br>Proposed Hearing Date:<br>Date:　February 28, 2013<br>Time:　1:30 p.m.<br>　Crtrm.:　5, 17th Floor<br><br>Complaint Filed: April 13, 2011<br>First Amended Complaint Filed: June 10, 2011<br>Second Amended Complaint Filed: March 27 2012<br>Third Amended Complaint Filed: January 8, 2013<br><br>Trial Date: August 26, 2013 |

　　　　WHEREAS, there is a Status Conference in this matter scheduled for February 7, 2013 at 10:30 a.m.;

　　　　WHEREAS, Plaintiff's counsel has a hearing on a preliminary injunction on February 7, 2013 in the Sacramento County Superior Court at 9:00 a.m.;

WHEREAS, Defendants Wells Fargo Bank, N.A.; SunTrust Mortgage, Inc.; U.S. Bank, National Association and Mortgage Electronic Registration Systems, Inc. have filed a Motion to Continue the Trial in this matter, and that hearing is scheduled for February 28, 2013 at 1:30 p.m.;

WHEREAS, the Parties wish to conserve resources and wish to have the Status Conference conducted on the same day and time as the Motion to Continue the Trial in this matter;

THEREFORE, the parties hereby stipulate and agree that the hearing date for the Status Conference should be continued to February 28, 2013 at 1:30 p.m.;

A joint CMC Statement shall be filed by February 21, 2013.

Dated: January 31, 2013        **AKERMAN SENTERFITT LLP**

By: */s/ Bryan M. Leifer*
      Bryan M. Leifer
Attorneys for Defendants
SUNTRUST MORTGAGE, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR STARM 2007-2; WELLS FARGO BANK, N.A.

Dated: January 31, 2013        **THE GOODELL LAW FIRM**

By: */s/ Nelson Goodell*
      Nelson Goodell
Attorneys for Plaintiff,
DEBORAH TAMBURRI

Dated: January 31, 2013        **REED SMITH LLP**

By: */s/ John Pingel*
      John Pingel
Attorneys for Defendant,
RECONTRUST COMPANY, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH TAMBURRI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SUNTRUST MORTGAGE, INC.; WELLS FARGO BANK, N.A.; U.S. BANK NATIONAL ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and RECONTRUST COMPANY, N.A.; and DOES 1-20;<br><br>　　　　Defendants. | Case No. 3:11-CV-02899-EMC<br><br>Hon. Judge Edward M. Chen<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Hearing Date:<br>Date:　February 7, 2013<br>Time:　10:30 a.m.<br>Crtrm.:　5, 17th Floor<br><br>Proposed Hearing Date:<br>Date:　February 28,2 013<br>Time:　1:30 a.m.<br>Crtrm.:　5, 17th Floor |

　　　IT IS HEREBY ORDERED that the Case Management Conference be continued from February 7, 2013 at 10:30 a.m. to February 28, 2013 at 1:30 p.m..  A Joint Case Management Statement is due on February 21, 2013.

Dated: _____2/1/13_____   By: _____
　　　　　　　　　　　　　　　　JUDGE EDWARD M. CHEN

*IT IS SO ORDERED*
*Judge Edward M. Chen*