UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH TAMBURRI,<br><br>Plaintiff,<br><br>v.<br><br>SUNTRUST MORTGAGE, INC., et al.,<br><br>Defendants. | Case No.  11-cv-02899-JST<br><br>**ORDER DENYING DEFENDANTS' MOTION TO CONTINUE TRIAL AS MOOT**<br><br>Re: Dkt. No. 152 |

Defendants' Motion to Continue Trial, Dkt. No. 152, is denied as moot.  The Court's February 11, 2013 Order Reassigning Case, Dkt. No. 174, vacated the trial date previously set for August 26, 2013.

The Court looks forward to receiving the parties' proposals regarding the case schedule in their joint case management statement due February 26, 2013.

**IT IS SO ORDERED**.

Dated: February 25, 2013

_____
JON S. TIGAR
United States District Judge