UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH TAMBURRI,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>SUNTRUST MORTGAGE, INC., ET AL,<br><br>　　　　Defendant(s).<br>_____/ | No. C-11-02899-JST  (DMR)<br><br>**NOTICE AND ORDER SETTING HEARING ON JOINT DISCOVERY LETTER** |

TO ALL PARTIES AND COUNSEL OF RECORD:

　　　The court is in receipt of the parties' joint letter regarding their discovery dispute (Doc. # 205).   You are hereby notified that a hearing regarding the dispute is set for **April 11, 2013 at 11:00 a.m.** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612.  For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar).

　　　IT IS SO ORDERED.

Dated: March 27, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DONNA M. RYU
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge