UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH TAMBURRI, | No. C-11-02899-JST  (DMR) |
| Plaintiff(s), | **NOTICE AND ORDER SETTING HEARING ON JOINT DISCOVERY LETTER** |
| v. | |
| SUNTRUST MORTGAGE, INC., ET AL, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court is in receipt of the parties' joint letter regarding their discovery dispute (Doc. # 205). You are hereby notified that a hearing regarding the dispute is set for **April 11, 2013 at 11:00 a.m.** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar).

IT IS SO ORDERED.

Dated: March 27, 2013

DONNA M. RYU
United States Magistrate Judge