UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH TAMBURRI, | No. C-11-02899 DMR |
| Plaintiff, | **ORDER DENYING MOTION FOR LEAVE TO FILE UNDER SEAL** |
| v. | |
| SUNTRUST MORTGAGE INC, et al. | |
| Defendant(s). | |

Plaintiff's administrative motion for leave to file under seal Joint Letter Regarding Plaintiff's Redacted Medical Records and Defendants' Motion for an Independent Medical Examination [Docket No. 213] is **DENIED**.

IT IS SO ORDERED.

Dated: April 11, 2013

_____
DONNA M. RYU
United States Magistrate Judge