UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH TAMBURRI,<br><br>        Plaintiff(s),<br><br>v.<br><br>SUNTRUST MORTGAGE INC,<br><br>        Defendant(s).<br>_____/ | No. C-11-02899-JST (DMR)<br><br>**NOTICE AND ORDER SETTING HEARING ON JOINT DISCOVERY LETTER** |

TO ALL PARTIES AND COUNSEL OF RECORD:

    The court is in receipt of the parties' joint letter regarding their discovery dispute. Docket No. 234. You are hereby notified that a hearing regarding the dispute is set for **11 a.m. on May 30, 2013** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar).

    IT IS SO ORDERED.

Dated: May 8, 2013

DONNA M. RYU
United States Magistrate Judge