**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11   DEBORAH TAMBURRI,                    No. C-11-02899-JST  (DMR)

12             Plaintiff(s),              **NOTICE AND ORDER SETTING**
                                          **HEARING ON JOINT DISCOVERY**
13        v.                              **LETTER**

14   SUNTRUST MORTGAGE INC,

15             Defendant(s).

16   _____/

17   TO ALL PARTIES AND COUNSEL OF RECORD:

18        The court is in receipt of the parties' joint letter regarding their discovery dispute.  Docket

19   No. 234.  You are hereby notified that a hearing regarding the dispute is set for **11 a.m. on May 30,**

20   **2013** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612.  For courtroom

21   number and floor information, please check the Court's on-line calendar at

22   http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge

23   Ryu's calendar).

24        IT IS SO ORDERED.

25   Dated:  May 8, 2013

26                                        _____
                                          DONNA M. RYU
27                                        United States Magistrate Judge

28