UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH TAMBURRI,<br><br>        Plaintiff(s),<br><br>  v.<br><br>SUNTRUST MORTGAGE INC,<br><br>        Defendant(s). | No. C-11-02899-JST (DMR)<br><br>**ORDER TO REFILE JOINT LETTER BRIEF DATED MAY 3, 2013 AS MOTION** |

The court is in receipt of the parties' joint letter addressing their discovery disputes, filed on May 3, 2013. Docket No. 234. Because the joint letter is not properly categorized on the docket as a motion, the parties are hereby ordered to refile the joint letter on the court's ECF system under the Civil Events category of Motions and Related Filings > Motions - General > "Discovery Letter Brief," within three days of the date of this order.

IT IS SO ORDERED.

Dated: May 22, 2013

DONNA M. RYU
United States Magistrate Judge