United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH TAMBURRI, | No. C-11-02899 DMR |
| Plaintiff(s), | **ORDER FOR SUPPLEMENTAL INFORMATION** |
| v. | |
| SUNTRUST MORTGAGE INC, | |
| Defendant(s). | |

The court is in receipt of the discovery letter brief ("Letter") [Docket No. 254] of Plaintiff Deborah Tamburri ("Plaintiff") and Defendant SunTrust Mortgage, Inc. ("SunTrust").

The parties' discovery dispute concerns Plaintiff's Rule 30(b)(6) deposition of SunTrust. SunTrust designated two witnesses to cover the 52 topics in the Rule 30(b)(6) deposition notice: Nicole Harwood, who was designated as SunTrust's Rule 30(b)(6) witness on five topics, and Beverly Dumas, who was designated as SunTrust's Rule 30(b)(6) witness on the remaining topics.

Plaintiff and SunTrust apparently agree that Ms. Dumas was not adequately prepared to provide testimony about all of the topics for which she was designated. However, the Letter did not specify exactly which topics Plaintiff believes require further testimony, and whether SunTrust agrees with Plaintiff's list. Accordingly, the court orders as follows:

By **June 7, 2013**, Plaintiff shall provide Suntrust with a list of the specific topics in the Rule 30(b)(6) deposition notice about which Ms. Dumas was not prepared to provide testimony.

By **June 10, 2013**, SunTrust shall then indicate whether it agrees or disagrees that Ms. Dumas not prepared to provide testimony about each topic identified by Plaintiff. SunTrust may not add to Plaintiff's list of topics.

If the parties agree on the topics about which Ms. Dumas was not prepared to provide Rule 30(b)(6) testimony, the parties shall file the list of topics by **June 13, 2013**.

If the parties disagree about the topics about which Ms. Dumas was not prepared to provide testimony, the parties shall file the list of topics upon which they do agree by **June 13, 2013.** They must meet and confer and submit a joint discovery letter pursuant to this court's Standing Order on any disputed topics by **June 13, 2013**.

Once the court receives the information ordered herein, it will address the dispute set forth in the Letter.

IT IS SO ORDERED.

Dated:  June 5, 2013

DONNA M. RYU
United States Magistrate Judge