Marc A. Lackner (SBN 111753)
mlackner@reedsmith.com
David S. Reidy (SBN 225904)
dreidy@reedsmith.com
John D. Pingel (SBN 267310)
jpingel@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone:   +1 415 543 8700
Facsimile:   +1 415 391 8269

Attorneys for Defendant
ReconTrust Company, N.A.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH TAMBURRI,<br><br>             Plaintiff,<br><br>    vs.<br><br>SUNTRUST MORTGAGE, INC.; WELLS FARGO BANK, N.A.; U.S. BACK NATIONAL ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; RECONTRUST COMPANY, N.A.; and DOES 1-20,<br><br>             Defendants. | Case No. CV-11-2899-JST (DMR)<br><br>**DECLARATION OF DAVID S. REIDY IN SUPPORT OF DEFENDANT RECONTRUST COMPANY, N.A.'S MOTION TO EXCLUDE EXPERT TESTIMONY OF ADAM J. LEVITIN AND THOMAS A. COX**<br><br>Hearing:         August 15, 2013<br>Time:            2:00 p.m.<br>Location:       450 Golden Gate Avenue<br>                     San Francisco, CA<br>Courtroom:   9 – 19th Floor<br><br>Honorable Jon S. Tigar<br><br>Complaint Filed:  April 13, 2011<br>Trial Date:           October 7, 2013 |

– 1 –

US_ACTIVE-113498268.1-263765-60026

DECLARATION OF DAVID S. REIDY IN SUPPORT OF DEFENDANT RECONTRUST COMPANY'S, N.A.'S MOTION TO EXCLUDE EXPERT TESTIMONY OF ADAM J. LEVITIN AND THOMAS A. COX

I, David S. Reidy, declare,

1. I am an attorney with the law firm of Reed Smith LLP, counsel for defendant ReconTrust Company, N.A. ("ReconTrust") in this lawsuit. I have personal knowledge of the matters set forth herein and if called upon to testify thereto, I could and would do so competently.

2. On May 15, 2013, Plaintiff designated Thomas A. Cox ("Cox") as an expert witness and served a report in which Cox addressed the June 2010 non-judicial foreclosure process initiated against Plaintiff ("Cox Report"). Attached hereto as **Exhibit A** is a true and correct copy of the Cox Report.

3. Attached hereto as **Exhibit B** is a true and correct copy of the court reporter's transcript of the June 10, 2013 deposition of Cox in this action ("Cox Depo.").

4. On May 15, 2013, Plaintiff also designated Adam J. Levitin ("Levitin") as an expert witness and served a report containing Levitin's opinions concerning the securitization and servicing of Plaintiff's Loan and the June 2010 non-judicial foreclosure process initiated against Plaintiff. Attached hereto as **Exhibit C** is a true and correct copy of Levitin's expert report ("Levitin Report").

5. Attached hereto as **Exhibit D** is a true and correct copy of the court reporter's transcript of the June 11, 2013 deposition of Levitin in this action ("Levitin Depo.").

6. On May 29, 2013, ReconTrust designated Martin T. McGuinn ("McGuinn") as a rebuttal expert witness to respond to the opinion testimony of Cox and Levitin as it pertained to the June 2010 non-judicial foreclosure at issue. Attached hereto as **Exhibit E** is a true and correct copy of the report of McGuinn's rebuttal expert report ("McGuinn Report").

7. Attached hereto as **Exhibit F** is a true and correct copy of the court reporter's transcript of the June 13, 2013 deposition of McGuinn in this action ("McGuinn Depo.").

8. Attached hereto as **Exhibit G** is a true and correct copy of a June 8, 2010 Notice of Default and Election to Sell Under Deed of Trust ("Notice of Default") regarding Plaintiff's real property located at 2968 Sombrero Circle, San Ramon, California 94583 ("Property"), which was recorded with the Contra Costa County Recorder's Office on June 9, 2010 as document number 2010-0114981-00. The Notice of Default is referred to and discussed extensively in the Levitin and McGuinn reports.

9. Attached hereto as **Exhibit H** is a true and correct copy of a June 10, 2010 Substitution of Trustee and Assignment of Deed of Trust ("Sub/Assignment") relating to Plaintiff's Property, which was recorded with the Contra Costa County Recorder's Office on June 21, 2010 as document number 2010-0123139-00. The Sub/Assignment is referred to and discussed extensively in the Cox, Levitin and McGuinn reports.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 27, 2013, at San Francisco, California.

By   /s/ *David S. Reidy*
David S. Reidy