UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEBORAH TAMBURRI,

        Plaintiff(s),

   v.

SUNTRUST MORTGAGE INC,

        Defendant(s).
_____/

No. C-11-02899 DMR

**ORDER RE JOINT DISCOVERY LETTER [DOCKET NO. 292]**

      The court is in receipt of a joint discovery letter filed by Plaintiff and Defendant Wells Fargo. [Docket No. 292.] This matter is suitable for determination without oral argument. Civil L.R. 7-1(b).

      Plaintiff requests additional time to question Wells Fargo's designated Rule 30(b)(6) deponent about three types of information: (1) dates for the system entries bates stamped TAMBURRI_DEF 605-620; (2) certain remittance reports; and (3) a "data stream" from a "collateral database."

      With respect to the dates for the system entries, Wells Fargo shall produce a sworn declaration stating the dates of the relevant entries by **July 19, 2013.**

      With respect to the remittance reports, Wells Fargo has indicated that counsel is willing to "answer any questions plaintiff had about the data [but] Plaintiff has never taken Wells Fargo up on that offer." Letter at 5. The parties shall immediately meet and confer about the information

Plaintiff seeks regarding the remittance reports. By **July 24, 2013,** Wells Fargo shall provide the responsive information about the remittance reports in a sworn declaration.

Plaintiff's request for further deposition testimony regarding the dates of system entries and the remittance reports is denied.

With respect to the "data stream," it is unclear what information is contained in the data stream, whether it is duplicative of other information already available to Plaintiff, and what relevance the information has to the case. It is also unclear whether Wells Fargo has produced the data stream documents. Letter at 2. The court therefore lacks adequate information to determine the matter, and therefore declines to order further deposition of Wells Fargo's Rule 30(b)(6) witness at this time.

IT IS SO ORDERED.

Dated: July 12, 2013

DONNA M. RYU
United States Magistrate Judge