UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEBORAH TAMBURRI,

Plaintiff,

v.

SUNTRUST MORTGAGE, INC., et al.,

Defendants.

Case No.  11-cv-02899-JST

**ORDER CONTINUING HEARING AND TO LODGE CHAMBERS COPIES**

In order to facilitate the Court's consideration of the voluminous documentary evidence submitted in connection with, and in opposition to, the three recently-filed summary judgment motions, ECF Nos. 280, 283, and 289, the Court now orders the parties to re-submit chambers copies of the following materials in the following format, not later than Tuesday, July 30, 2013, at 5:00 p.m.:

1. With the exception of the materials submitted by Defendant MERS, Inc. in connection with its Motion for Summary Judgment, for each motion, opposition, reply, or request for judicial notice, the filing party shall re-submit all of its exhibits and attachments, printed in double-sided format, in D-ring binders.  None of the binders shall have a spine width greater than five inches.  The binders shall be numbered so as to distinguish each from the other.[1]  The tabs in the binders shall reflect the name of the attachment as it relates to the brief or motion to which it was attached.  For example: Smith Decl., Ex. C; Ex. C to Plaintiff's Opposition; Jones Decl. ISO Motion, and so forth.

---

[1] For example, if plaintiff and each of three defendants were all to simply number different binders "7," that would not comply with this Order, because the Court would have four binders numbered "7".

2. Five inches is a maximum spine width, not a suggested width. The point of this order is to make the parties' documents well-organized, physically accessible, and easy to read. The parties should bear these goals in mind when compiling their binders.

3. July 30, 2013 is a deadline. If the materials are ready earlier, the parties should lodge them earlier.

4. Each party shall submit a table of contents for the foregoing materials, which shall describe, for each of the documents in the binders, the following: its ECF Number, the binder in which it is located, and its title or other description sufficient to identify the document. A copy of the relevant portion of the table of contents shall also be placed in each binder.

The parties need not resubmit their briefs. The Court encourages the parties to confer with the Court's courtroom deputy, should they have any questions about the resubmission of their exhibits.

The hearing on Defendants' summary judgment motions, as well as the hearing on Defendant Recontrust Company, N.A.'s Motion To Exclude Expert Testimony, ECF No. 269, will be rescheduled to Wednesday, August 21, 2013 at 9:30 a.m.

**IT IS SO ORDERED**.

Dated: July 26, 2013

JON S. TIGAR
United States District Judge